Nathaniel Cannon
10826 Smugglers Notch Ct.
White Plains, Md. 20695

Case: 1:18-cv-00624    H Deck
Assigned To : Unassigned
Assign. Date : 3/6/2018
Description: Employ. Discrim.

vs

Charter Communications
2910 Whitehall Park Drive
Charlotte, N.C. 28273

I began working for Time Warner Cable 1/7/2012. August 2014 I became seriously ill and was diagnosed with hypertension, severe sleep apnea, virtigo and heart arrythima. September 2014 my condition became critical and had to have emergency surgery to implant a pace maker.

Due to my medical condition my doctor advised a less stressful work enviroment and life style. I requested ~~accommodation~~ accommodations via company's leave administrator Sedgwick and was approved to work from home via Americans Disibility Act. With this accommodation I was able to recover and my medical condition was stable. I continued to work from home for approximately 2½ ~~years~~ years, even my work productivity improved dramatically. Working from home prevented excistibation of my health. Working from home allowed me to be in an enviroment conducive to my health. I would have symutons of sleepiness, dizziness and high blood pressure. Working from home allowed me to

RECEIVED

MAR - 6 2018

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

compensate for these symptons by working in a calm and not stressful atmosphere. Laying down when needed, sending ~~data~~ data from my pacemaker into the pacemaker lab periodically.

May 2016 Time Warner Cable was sold to Charter Communication. I continued to work from home until August 2017. Feb. 2017 Charter Communications decide to discontinue the work from home program and informed everyone work from home to return to the office to work. I informed my management that I was not apart of the work from home program but on medical accommodations. Management and Human Resources then informed me that I would need to reapply for ADA accommodations. I contacted Sedwick (Leave Administrator) March 2017 and received paper work for my doctor to fill out, which he did and submitted the paper from my doctor reccommending work from home. No word from Sedgwick and I'm still working from home.

Approximately April 2017 I received a call from my claims rep. at Sedgwick asking for me to contact my doctor for another accommodations option. I asked if my ADA request was being denied and the claims rep would not answer. I then told her that my doctor's reccommendation was to work from home and if that request was not going to be approved I would need the Company to tell me what they could offer to accommodate my condition and I could take that to my doctor. I never received an alternative accommodation. July 2017 I received a letter stating my ADA request to work from

home was denied for the reason Charter had terminated the work from home program. July 2017 I received a letter via fedex reiterating the denial with a directive to return to the office by August 11, 2017 or file for short term disability. I opted to return to work to see if I would be able to perform my job duties. Approximately 2 week after I returned to work I began to experience symptons of my previous illness. I went to My doctor and he monitored my condition for approximately 1-2 weeks and there was no improvement. My doctor informed me that I was not going to be able to continue my job working in the office. I then contacted Sedgwick to apply of Short Term Disability and my doctor completed the paperwork which I submitted. There was a lot of back and forth with the paperwork which led my doctor to write a letter explaing the need for Short Term Disability as well as office records, medical condition, medication etc. Sedswick denied to Short Term Disability. I retained an attorney and awaiting a court date for the Short Term Disability.

Meanwhile my life was devestated, unable to pay rent, Car note. I had to go to the Crisis Center to pay my electric bill and get food. My car was eventually repessessed and I was evicted from my home in October (repossesion) November (eviction). I had no income and was forced to resign from Charter so that I would be able to access my pension. At this point I had no choice but to return to Maryland to get assistence from my family.

I still have no medical benefits. The denial of my ADA resulted in devestation to my life.

I am requesting the return of my pension, which I was forced to withdraw with full retirement maturity which would be approximately 25,000. My car was repossed due to the denial of ADA/STB and owe a debt of 29,000 to General Motors. My doctor bills have went unpaid which is approximately 50-75K. I would also request damages to make my life whole again. My credit is non existant and without any income unable to support myself and completely reliant on my family. I am requesting between 250,600000-500,000,00 to get my life back on track and become whole. This amount would cover expenses and damages.

Nathan A. Cam

2/6/2018